# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| EMERSON ROYSE, | ) | CAUSE NO. 1:17-cv-00514-TLS-SLC |
| Plaintiff, | ) | |
| v. | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| Defendant. | ) | |

## DEFENDANT WAL-MART STORES EAST, LP'S MOTION FOR SUMMARY JUDGMENT

Defendant, Wal-Mart Stores East, LP ("Walmart"), by counsel and pursuant to Fed. R. Civ. P. 56, requests that the Court enter summary judgment in its favor and against plaintiff because there is no genuine issue of material fact and it is entitled to judgment as a matter of law.

Contemporaneously with this motion, defendant files a brief with exhibits in support.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Darron S. Stewart
David W. Stewart
Stephen W. Thompson
STEWART & STEWART
931 South Rangeline Road
Carmel, IN  46032

        */s/ Thomas L. Davis*
        Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

LR08000.0654887  4839-9348-2114v1